No. 13806. SEPTEMBER 9, 1941.

### ALFORD *v.* THE STATE.

JENKINS, Justice. The bill of exceptions assigns error on a judgment overruling a motion for new trial based only on the general grounds, and complains of a conviction for rape. The corroborated testimony of the victim, her positive identification of the defendant, and the testimony of four witnesses as to his voluntary confessions amply authorized the verdict.                *Judment affirmed. All the Justices concur.*

No. 13852. SEPTEMBER 9, 1941.

*L. Paul Webb* and *George L. Goode,* for plaintiff in error.

*Ellis G. Arnall, attorney-general, R. Howard Gordon, solicitor-general,* and *E. L. Reagan, assistant attorney-general,* contra.